# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WAYNE COKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-147-R |
| ) | |
| GOVERNOR KEVIN STITT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 9] in its entirety.

For the reasons stated therein, the claims against Governor Stitt in his official capacity are dismissed without prejudice.

IT IS SO ORDERED this 23rd day of April, 2024.

_David L. Russell_
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**