### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WAYNE COKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) )   Case No. CIV-24-147-R |
| GOVERNOR KEVIN STITT, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

Before the Court is Plaintiff's motion for an extension of time to comply with its order to return service documents and sufficient copies of the complaint to the clerk of court so the United States Marshals Service may attempt service on each Defendant. Doc. 18. Plaintiff's motion is granted. The service documents are now due to the clerk of court by July 3, 2024.

**SO ORDERED** this 3rd day of June, 2024.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE